```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 18426
   LARRY D STEWART
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9820

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/17/2008 and was confirmed 09/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
BANK OF NY                  CURRENT MORTG          .00            .00            .00
BANK OF NY                  MORTGAGE ARRE     25000.00            .00            .00
DAG FINANCIAL TRUST         UNSECURED         NOT FILED           .00            .00
SBC ILLINOIS                UNSECURED            529.08           .00            .00
AT&T                        UNSECURED         NOT FILED           .00            .00
COMCAST                     UNSECURED         NOT FILED           .00            .00
COMMONWEALTH EDISON         UNSECURED         NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED           1223.02           .00            .00
DIRECTV INC                 UNSECURED         NOT FILED           .00            .00
PROVIDIAN NATIONAL BANK     UNSECURED         NOT FILED           .00            .00
HELEN WILLIAMS              NOTICE ONLY       NOT FILED           .00            .00
HELEN WILLIAMS              NOTICE ONLY       NOT FILED           .00            .00
IL STATE DISBURSEMENT UN    NOTICE ONLY       NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY        2,841.50                        928.00
TOM VAUGHN                  TRUSTEE                                             72.00
DEBTOR REFUND               REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               1,000.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 928.00
TRUSTEE COMPENSATION                            72.00
DEBTOR REFUND                                     .00
                     --------------          --------------
TOTALS                1,000.00                1,000.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 18426 LARRY D STEWART
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE